**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONNA MATTHEWS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AMERICA'S PIZZA COMPANY, LLC** | : | **NO. 13-6905** |

## ORDER

**AND NOW**, this 10th day of April, 2014, upon consideration of the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, and, Alternatively, for Improper Venue Pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure (Document No. 5), the Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Plaintiff's Cross-Motion to Transfer Pursuant to 28 U.S.C. § 1631 (Document No. 12), the parties' respective responses, and the plaintiff's reply, it is **ORDERED** as follows:

1.      The defendant's motion is **DENIED**;

2.      The plaintiff's cross-motion is **GRANTED**;

3.      This action is **TRANSFERRED** to the United States District Court for the Western District of North Carolina.


 /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.