IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-245-RJC-DCK

| | |
|---|---|
| JONNA MATTHEWS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AMERICA'S PIZZA COMPANY, L.L.C., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Charles E. Johnson, concerning Joel Paul Babineaux on May 21, 2014. Mr. Joel Paul Babineaux seeks to appear as counsel *pro hac vice* for Defendant America's Pizza Company, L.L.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Mr. Joel Paul Babineaux is hereby admitted *pro hac vice* to represent Defendant America's Pizza Company, L.L.C.

**SO ORDERED**.

Signed: May 22, 2014

David C. Keesler
United States Magistrate Judge