**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-245-RJC-DCK**

| | |
|---|---|
| JONNA MATTHEWS,        ) | |
|                                           ) | |
|              Plaintiff,           ) | |
|                                           ) | |
|    vs.                                 ) | |
|                                           ) | **ORDER** |
|                                           ) | |
| AMERICA'S PIZZA COMPANY, LLC., ) | |
|                                           ) | |
|              Defendant.      ) | |
| _____ ) | |

**THIS MATTER** comes before the Court sua sponte. On May 13, 2014, the Court sent out an electronic notice to counsel for the Plaintiff informing them of their obligations to associate with local counsel, to file a pro hac vice motion, and to register with the ECF system. The Court provided a deadline of May 23, 2014.

On June 16, 2014, the Court issued a second notice outlining the same requirements and giving Plaintiff's counsel until June 26, 2014 to comply.

Plaintiff's counsel has not complied with either of these orders.

This is the final notice the Court will issue to Plaintiff's counsel on this matter. Plaintiff shall have seven (7) days from publication of this order to comply with Local Rule 83.1 and: (1) Associate Local Counsel; (2) File a motion pro hac vice; and (3) Register for ECF at www.ncwd.uscourts.gov.

A failure to comply with the Court's order may result in dismissal of this suit.

Signed: July 28, 2014

Robert J. Conrad, Jr.
United States District Judge